UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ACTION PAINTBALL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-02435-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on August 28, 2014.  However, as there are dispositive motions pending, the Case Management Conference and all related deadlines are VACATED.  The conference will be rescheduled, if necessary, after all pending motions are resolved.

**IT IS SO ORDERED.**

Dated: August 6, 2014

                                                          MARIA-ELENA JAMES<br>
                                                          United States Magistrate Judge