UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ACTION PAINTBALL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, et al., <br><br> Defendants. | Case No. 14-cv-02435-MEJ <br><br> **NOTICE RE: CHAMBERS COPIES** <br><br> Re: Dkt. Nos. 13, 39, 49, 50 |

Pending before the Court are four motions. Dkt. Nos. 13, 39, 49-50. The parties have failed to comply with Civil Local Rule 5-1 and the Court's Standing Orders by not delivering to the Clerk's Office a chambers copy of each document that is filed electronically. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. The parties shall immediately submit a chambers copy of the above-referenced documents. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

**IT IS SO ORDERED.**

Dated: August 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge