B. Douglas Robbins (219413)
WOOD ROBBINS, LLP
One Post Street, Suite 800
San Francisco, California 94104
T:  415.247.7900
F:  415.247.7901
drobbins@woodrobbins.com

Paul Overhauser
OVERHAUSER LAW OFFICES, LLC
740 W. Green Meadows Dr., Suite 300
Greenfield, IN 46140
T:  317.467.9100
F:  866.283.8549
poverhauser@overhauser.com
Pro Hac Vice

**Attorneys for Plaintiff**
**REAL ACTION PAINTBALL, INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ACTION PAINTBALL, INC., a California corporation<br><br>             Plaintiff,<br><br>v.<br><br>ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, an Indiana company; PERFECT CIRCLE PROJECTILES LLC, an Illinois company; GARY GIBSON, an individual and resident of Illinois; TIBERIUS ARMS LLC, an Indiana company; TYLER TIBERIUS, an individual and resident of Indiana; MICHAEL BLUMENTHAL, an individual and a resident of Illinois; DAVID PIELL, an individual and a resident of Illinois; and ROBERT N. TRGOVICH, in his capacity as clerk of the United States District Court for the Northern District of Indiana,<br><br>             Defendants. | Case No. 3:14-cv-02435 (MEJ)<br><br>**[PROPOSED] STIPULATED ORDER RE CONTINUING HEARING FOR MOTIONS TO DISMISS FOR PERSONAL JURISDICTION**<br><br>Date:        Submitted Without Hearing<br>Time:       Submitted Without Hearing<br>Ctrm.:      B - 15th Floor<br>Judge:      Maria-Elena James<br><br>Trial Date:   TBD |

Plaintiff Real Action Paintball Inc. ("Real Action") and Defendants Perfect Circle Projectiles LLC, Gary Gibson, Michael Blumenthal, and David Piell (collectively "Defendants"), met and conferred in person on August 1, 2014, as ordered by the Court on July 22 (Dkt. 38). The parties were able to reach an agreement regarding the location and duration of depositions relating to jurisdictional discovery. However, the parties were not able to agree regarding the extent of written discovery. Therefore, pursuant to the July 22 Order, Plaintiff intends to file a motion under Local Rule 7. The parties were able to agree on a hearing and briefing schedule on the Motions to Dismiss for Personal Jurisdiction and **stipulate as follows**:

1. Defendants Perfect Circle Projectiles LLC's and Gary Gibson's Motion to Dismiss for Lack of Personal Jurisdiction, filed on July 7, 2014, ECF No. 13, shall be heard on November 20, 2014 at 10:00 a.m. before the Hon. Maria-Elena James in Courtroom B.

2. Defendants David Piell's and Michael Blumenthal's Motion to Dismiss for Lack of Personal Jurisdiction, filed on July 28, 2014, ECF No. 39, is continued to November 20, 2014 at 10:00 a.m. before the Hon. Maria-Elena James in Courtroom B.

3. Real Action's Opposition to the above two Motions to Dismiss shall be due no later than ~~November 6~~ October 30, 2014.

4. Defendants' Reply to Real Action's Opposition shall be due no later than November ~~13~~ 6, 2014.

**SO STIPULATED**,

Dated: August 8, 2014                                                 WOOD ROBBINS, LLP

By: _____
B. Douglas Robbins
**Attorneys for Plaintiff**
**REAL ACTION PAINTBALL, INC.**

| | |
|---|---|
| Dated: August 8, 2014 | DONAHUE FITZGERALD LLP |
| | By: _____//s//_____ |
| | John C. Kirke |
| | **Attorneys for Defendants** |
| | **Advanced Tactical Ordnance Systems, LLC, Perfect Circle Projectiles LLC, Gary Gibson, Tiberius Arms LLC, Tyler Tiberius, Michael Blumenthal, and David Piell** |

SO ORDERED,

Dated: ___August 15___, 2014      By: _____

Maria-Elena James
**MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT**