UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ACTION PAINTBALL, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, et al.,<br><br>   Defendants. | Case No. 14-cv-02435-MEJ<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 78 |

The Court is in receipt of the parties' Joint Letter Brief Re Discovery Dispute on Federal Express and UPS Subpoena, filed August 21, 2014. Dkt. No. 78. Upon review of the parties' letter, the Court ORDERS as follows:

1) Pending resolution of Defendants' motions to dismiss, all discovery in this case shall be limited to that which aids in determining whether this Court has jurisdiction. If any disputes arise regarding the scope of a specific discovery request, the parties shall meet and confer in compliance with the undersigned's Discovery Standing Order;

2) Federal Express and United Parcel Services shall respond to the subpoenas, but only as to information on deliveries to California, regardless of whether those shipments involved sales, and only as to information about the recipient's city of delivery;

3) With the exception of the jurisdictional discovery limitation above, the Court declines to alter any other discovery requirements under the federal and civil local rules at this time.

**IT IS SO ORDERED.**

Dated: August 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge