UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ACTION PAINTBALL, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ADVANCED TACTICAL ORDNANCE<br>SYSTEMS, LLC, et al.,<br><br>        Defendants. | Case No.  14-cv-02435-MEJ<br><br>**ORDER RE: ADR REFERRAL** |
| UNITED TACTICAL SYSTEMS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL ACTION PAINTBALL, INC., et al.,<br><br>        Defendants. | Case No.  14-cv-04050-MEJ |

In reviewing the record of these related cases, the Court finds that it might be beneficial for the parties to participate in a settlement conference with another magistrate judge.  In so doing, the parties would not waive any jurisdictional arguments raised in their pending motions. Accordingly, the Court ORDERS the parties to inform the Court as to whether they would consent to a settlement conference with another magistrate judge.  The parties shall file their responses by October 20, 2014.

     **IT IS SO ORDERED.**

Dated: October 16, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge