UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ACTION PAINTBALL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, et al., <br><br> Defendants. | Case No.  14-cv-02435-MEJ <br><br> **ORDER SCHEDULING CMC** <br><br> **January 22, 2015 at 10:00 a.m.** |
| UNITED TACTICAL SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> REAL ACTION PAINTBALL, INC., et al., <br><br> Defendants. | Case No.  14-cv-04050-MEJ |

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on January 22, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel.  No statements need to be filed before the conference.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge