UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ACTION PAINTBALL, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, et al., <br><br>  Defendants. | Case No. 14-cv-02435-MEJ <br><br> **ORDER MODIFYING PRIOR SCHEDULING ORDER** |
| UNITED TACTICAL SYSTEMS LLC, <br><br>  Plaintiff, <br><br> v. <br><br> REAL ACTION PAINTBALL, INC., et al., <br><br>  Defendants. | Case No. 14-cv-04050-MEJ |

On January 22, 2015, the Court held a joint Case Management Conference with the Lead Counsel in the related cases, *Real Action Paintball, Inc. v. Advanced Tactical Ordnance Systems, LLC*, C-14-2435-MEJ (the "ATO Case") and *United Tactical Systems LLC v. Real Action Paintball Inc.*, C-14-4050-MEJ (the "UTS Case"). The Court previously consolidated various motions related to both the UTS and ATO cases. ATO case, Dkt. No. 130; UTS Case, Dkt. No. 117 (the "Jan. 7 Order"). Now, in lieu of the parties' discussion in the joint Case Management Conference, the Court hereby modifies the Jan. 7 Order as follows:

1) RAP4's opposition to the motions to dismiss for lack of personal jurisdiction (ATO Case, Dkt. Nos. 13, 39; UTS Case, Dkt. No. 96) is due in both cases on March 12, 2015. The opposition shall be filed as one document and spread across the dockets of

both the ATO and UTS case (i.e., the opposition should be available in both cases).

2) The parties moving for lack of personal jurisdiction in both cases shall file a joint reply to RAP4's opposition, due on March 26, 2015. The joint reply shall be filed as one document and spread across the dockets of both the ATO and UTS case.

3) Given that the parties will have fewer pages to oppose and reply to the motions than they otherwise would, the Court will permit RAP4's opposition to extend to 30 pages, and the joint reply to extend to 20 pages.

4) The Court will hold a joint hearing on these jurisdictional motions on April 9, 2015 at 10:00 a.m. in Courtroom B.

In all other respects, the Jan. 7 Order remains operative.

**IT IS SO ORDERED.**

Dated: January 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge