UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REAL ACTION PAINTBALL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, et al., <br><br> Defendants. | Case No. 14-cv-02435-MEJ <br><br> **ORDER VACATING HEARINGS** |
|---|---|
| UNITED TACTICAL SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> REAL ACTION PAINTBALL, INC., et al., <br><br> Defendants. | Case No. 14-cv-04050-MEJ |

The above-captioned matters are currently scheduled for a hearing on April 9, 2015 regarding motions to dismiss for lack of personal jurisdiction by Perfect Circle, Gary Gibson, Michael Blumenthal, and David Piell (UTS Case, Dkt. No. 96; ATO Case, Dkt. Nos. 13; 39)[1], as well as Real Action's Motion for Leave to File a First Amended Complaint (ATO Case, Dkt. No. 153).  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument and hereby VACATES the April 9, 2015 hearing.  The matters are deemed under submission.

**IT IS SO ORDERED.**

Dated: April 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] The "ATO Case" refers to *Real Action Paintball, Inc. v. Advanced Tactical Ordnance Systems, LLC et al.*, Case No. 14-2435-MEJ, whereas the "UTS Case" refers to *United Tactical Systems, LLC v. Real Action Paintball, Inc. et al.*, Case No. 14-4050-MEJ.